CRM 2007

2 7 4 0

Mag#: 07-598-01

**FILED**

NOV 27 2007

Clerk, U.S. District and
Bankruptcy Courts

2007 FDC 027-409   File Date 11/27/2007
UNITED STATES vs. TIMOTHY P JOHNSON
aka
PDID # **490684**
Lock up number **57**

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CRIMINAL DIVISION
FORM FOR U.S. DISTRICT COURT CASES

UNITED STATES No. 07-598-M-01

Vs

Timothy P Johnson
(Defendant)

P.D.I.D. No. 490684

[X] This is a Federal case which is pending in the U.S. District Court for the District of Columbia and is, therefore, transferred over to the United States District Court for the District of Columbia for the next court date of: November 28, 2007

COMMITMENT/RELEASE

[X] NO BOND
[ ] BOND $ _____

Defendant to be delivered for presentment in U.S.D.C. for the District of Columbia
Next Court Date: 11/28/07

[ ] Released on Personal Recognizance to report to the E. Barrett Prettyman U.S. Courthouse, 333 Constitution Avenue, N.W. on _____

DEFENSE COUNSEL APPOINTED FOR PRESENTMENT IN SUPERIOR COURT ONLY

Name _____
Address _____
Telephone No _____

DEFENSE COUNSEL _____
Address _____
_____ Telephone No _____

DEFENDANT'S SIGNATURE _____

DATE: 11/27/07

Karen Aileen Howze
JUDICIAL OFFICER PRESIDING

white-court          yellow-USPC          Pink-defense

CJ-3026/Mar 03

## STATEMENT OF FACTS

      On November 27, 2007, members of the Federal Bureau of Investigation and the Metropolitan Police Department executed a D.C. Superior Court search warrant at _____. As agents/officers entered the premises, the defendant, Timothy Johnson climbed out of the bedroom window, and was stopped by officers. A search of the premises revealed a plastic bag containing ziploc bags each containing suspected marijuana, a prescription for the defendant, two prescription bottles with the defendants name, seven bottles containing a liquid with a chemical odor consistent with phencyclidine (pcp), numerous ziploc bags containing suspected marijuana, packaging and cutting material, a plastic bag containing suspected crack cocaine, eight bags containing suspected heroin, a loaded Besa .380 caliber handgun, a Marksman BB gun, sixteen rounds of .45 caliber ammunition, a point blank body armor, personal papers in the defendant's name, a set of keys, one of which fit the front door of the apartment, on top of the defendant's clothes, the defendant's drivers license, and a Bank of America deposit ticket and a master card. The defendant was placed under arrest. A portion of the suspected heroin field tested positive for opiates, and a portion of the suspected crack cocaine field tested positive for cocaine. The suspected marijuana had an odor consistent with that of marijuana. The amounts of the suspected PCP recovered was an amount commonly indicating that the suspected PCP was going to be sold to others rather than used exclusively by the defendant.

_____
SPECIAL AGENT DANIEL SPARKS
FEDERAL BUREAU OF INVESTIGATION

NOV 27 2007

SWORN AND SUBSCRIBED BEFORE ME
ON THIS ___ DAY OF NOVEMBER, 2007.

_____
U.S. MAGISTRATE JUDGE

## STATEMENT OF FACTS

On November 27, 2007, members of the Federal Bureau of Investigation and the Metropolitan Police Department executed a D.C. Superior Court search warrant at                              . As agents/officers entered the premises, the defendant, Timothy Johnson climbed out of the bedroom window, and was stopped by officers. A search of the premises revealed a plastic bag containing ziploc bags each containing suspected marijuana, a prescription for the defendant, two prescription bottles with the defendants name, seven bottles containing a liquid with a chemical odor consistent with phencyclidine (pcp), numerous ziploc bags containing suspected marijuana, packaging and cutting material, a plastic bag containing suspected crack cocaine, eight bags containing suspected heroin, a loaded Besa .380 caliber handgun, a Marksman BB gun, sixteen rounds of .45 caliber ammunition, a point blank body armor, personal papers in the defendant's name, a set of keys, one of which fit the front door of the apartment, on top of the defendant's clothes, the defendant's drivers license, and a Bank of America deposit ticket and a master card. The defendant was placed under arrest. A portion of the suspected heroin field tested positive for opiates, and a portion of the suspected crack cocaine field tested positive for cocaine. The suspected marijuana had an odor consistent with that of marijuana. The amounts of the suspected PCP recovered was an amount commonly indicating that the suspected PCP was going to be sold to others rather than used exclusively by the defendant.

_____
SPECIAL AGENT DANIEL SPARKS
FEDERAL BUREAU OF INVESTIGATION

NOV 27 2007

SWORN AND SUBSCRIBED BEFORE ME
ON THIS ___ DAY OF NOVEMBER, 2007.

_____
U.S. MAGISTRATE JUDGE

AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia


FILED
NOV 27 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

TIMOTHY P. JOHNSON

## CRIMINAL COMPLAINT

CASE NUMBER: 07-598-M-01

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __NOVEMBER 27, 2007__ in __WASHINGTON__ county, in the _____ District of __COLUMBIA__ defendant(s) did, (Track Statutory Language of Offense)

unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of phencyclidine, , also known as PCP, a Schedule II controlled substance.

in violation of Title __21__ United States Code, Section(s) __841(a)(1)__.

I further state that I am __SPECIAL AGENT DANIEL SPARKS__, and that this complaint is based on the following facts:

SEE ATTACHED STATEMENT OF FACTS

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_____
Signature of Complainant
SPECIAL AGENT DANIEL SPARKS
FEDERAL BUREAU OF INVESTIGATION

Sworn to before me and subscribed in my presence,

NOV 27 2007                                   at         Washington, D.C.
Date                                                      City and State
ALAN KAY
U.S. MAGISTRATE JUDGE
Name & Title of Judicial Officer           Signature of Judicial Officer
                                            ALAN KAY
                                            U.S. MAGISTRATE JUDGE

# Superior Court of the District of Columbia

## CRIMINAL DIVISION
## SUPERIOR COURT CRIMINAL RULE 112

**United States/District of Columbia**

Vs.

_TIMOTHY JOHNSON_

Case Number: _____

Charge(s): _Poss of Firearm_

The Clerk of the Court will please enter my appearance for the defendant in the above entitled cause this _____ day of _____, 2____

**CJA**

Attorney: _Winston F. Mawery-Arthur_

Address: _7301 Ga Ave N.W._
_Wash. D.C. 20012_

Unified Bar Number: _298521_

Telephone Number: _7/882-5770_

CD-1074d

## DEFENDANT ELIGIBILITY RECOMMENDATION

I. NAME: _Timothy King_____   NO. OF DEPENDENTS: _____

LOCK-UP NO. __57_____  DATE: __11/27/07__  CHARGE: _____

| | | | |
|---|---|---|---|
| LIQUID ASSETS | (Y) | STD. 5 AMOUNT | $ |
| OTHER ASSETS (1/4 EQUITY) | | STD. 4 AMOUNT | + $ |
| **GROSS MONTHLY INCOME** | | FEL. = $ | 1,500 |
| TOTAL AVAILABLE MONTHLY | | MISD. = | 750 |
| | | OTHER = | 400 |

LESS: MONTHLY EXTRAORDINARY
    MEDICAL OR OTHER EXPENSES  − $

NET AVAILABLE MONTHLY  (X)                    MINIMUM MONTHLY NEED  (Z) $

IF X IS EQUAL OR LESS THAN Y . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☑ ELIGIBLE
IF X IS MORE THAN Z . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ❑ NOT ELIGIBLE
IF X IS MORE THAN Y BUT LESS THAN Z . . . . . . . . . . . . . . . . . . . . . . . . ❑ ELIGIBLE WITH CONTRIBUTION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

COMPLETE SECTION II ONLY IF 'ELIGIBLE WITH CONTRIBUTION' IS CHECKED ABOVE.

II. AMOUNT OF CONTRIBUTION.

❑ GROSS MONTHLY FAMILY INCOME IS <u>MORE THAN Y</u>

| | |
|---|---|
| GROSS MONTHLY FAMILY INCOME | $ |
| LESS: MONTHLY EXTRAORDINARY EXPENSES | − |
| SUBTOTAL | $ |
| LESS: STANDARD 5 AMOUNT  (Y) | − |
| SUBTOTAL | $ |
| LESS: MONTHLY PAYMENT ON CJA-RELATED LOAN | − |
| SUBTOTAL | $ |
| AVAILABLE FOR MONTHLY CONTRIBUTION | $ |
| TIMES (6 OR FELONIES OR 3 FOR OTHER) | X |
| TOTAL | $ |
| ADD: LIQUID ASSETS | + |
| OTHER ASSETS (1/4) EQUITY | + |
| CONTRIBUTION CAPABILITY     (CC)   $ | STD 4 AMOUNT  $ |
| MAX. CONTRIBUTION = ["CC" OR STANDARD 4 AMOUNT (WHICHEVER IS LESS)] | $ |

(DIVIDE MAXIMUM CONTRIBUTION BY <u>26</u> FOR FELONY CASE OR BY <u>13</u> FOR ANY OTHER CASE)

CONTRIBUTION PAYABLE WEEKLY AT $ _____  PER WEEK FOR _____ WEEKS.

> Lakia Moses
> NOTARY PUBLIC
> DISTRICT OF COLUMBIA
> My Commission Expires November 14, 2011

**WARNING:**
YOU MUST REPORT TO THE CRIMINAL JUSTICE ACT OFFICE ANY CHANGE IN FINANCIAL CIRCUMSTANCES, WHICH MIGHT AFFECT YOUR ELIGIBILITY. A FALSE OR DISHONEST ANSWER TO A QUESTION ON THIS FORM MAY BE PUNISHABLE BY FINE UP TO $1,000.00 OR IMPRISONMENT UP TO 1 YEAR, OR BOTH. D.C. CODE §1-2702.

I, the undersigned defendant, parent, or guardian, being duly sworn, depose and swear that the information which I have provided is true to the best of my belief.

DEFENDANT _____  INTERVIEWER _____
                                                                  NOTARY PUBLIC

DISTRIBUTION  WHITE COPY (COURT JACKET); GOLDENROD COPY (APPOINTED COUNSEL); PINK COPY (DEFENDANT COURT JACKET); GREEN COPY (CJA OFFICE)