UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No: 07-CR-323 (RMC) |
| | : | |
| TIMOTHY P. JOHNSON | : | |
| Defendant. | | |

## NOTICE OF APPLICABILITY OF ENHANCED PENALTIES
## AND INFORMATION CONCERNING DEFENDANT'S PRIOR CONVICTIONS

Pursuant to Title 21, United States Code, Section 851(a)(1), the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully informs the Court that the defendant, Timothy P. Johnson, has been convicted of the following offense:

| OFFENSE | CASE NUMBER | JURISDICTION | DATE |
|---|---|---|---|
| Violation Drug Free Zone | 2003-FEL-001278 | Washington, DC | 11/26/03 |

The United States further informs the Court that the existence of any prior conviction(s) for a felony drug offense(s) as defined by Title 21, United States Code, Section 802 (44), may subject the defendant to enhanced penalties under Title 21, United States Code, Section 841(b).

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
Bar No. 498610

_____
Nancy B. Jackson
Assistant United States Attorney

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that I caused a copy of the foregoing Government's Notice to be served upon counsel for the defense through the Court's ECF filing system.

_____
NANCY B. JACKSON