**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES, )<br>)<br>)<br>v. )   Criminal No. **07-CR-323**<br>)<br>TIMOTHY P. JOHNSON, )<br>        *Defendant*. )<br>_____) | Let this be filed<br>R. M. Colly<br>4/3/08<br>**FILED**<br>APR 0 3 2008<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

### MOTION FOR ADMISSION OF NON-MEMBER ATTORNEY *PRO HAC VICE* PURSUANT TO LOCAL RULE 44.1

Pursuant to Local Rule 44.1, the defendant, Timothy P. Johnson, by and through the undersigned, respectfully moves before this Court for an Order admitting Michael C. Dawson, Esq. *pro hac vice* to participate before this Court in all proceedings in this action. The defendant shall rely upon the Declaration of Michael C. Dawson, Esq. and the Certification of Local Counsel in support of this motion.

A proposed Order is annexed hereto.

Respectfully submitted,

Renard D. Johnson, Esq.
9801 Greenbelt Road 316A
Greenbelt, Md. 20706
Bar No. 488614

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES, ) | |
| ) | |
| v. ) | Criminal No. **07-CR-323** |
| ) | |
| TIMOTHY P. JOHNSON, ) | |
| *Defendant*. ) | |

## CERTIFICATION OF SERVICE

I hereby certify that I caused a copy of this motion to be served upon Assistant United States Attorney, Nancy B. Jackson, through the Court's ECF filing system.

Renard D. Johnson, Esq.
9801 Greenbelt Road 316A
Greenbelt, Md. 20706
Bar No. 488614

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES, ) | |
| ) | |
| v. ) | Criminal No. **07-CR-323** |
| ) | |
| TIMOTHY P. JOHNSON, ) | |
| *Defendant.* ) | |

### DECLARATION OF MICHAEL C. DAWSON, ESQ.

**I, MICHAEL C. DAWSON**, do certify as follows:

1. I am fully familiar with the facts and circumstances surrounding this litigation, and I submit this Declaration in support of the defendant's motion for the admission *pro hac vice* of myself.

2. I am a member of the law firm of The Dawson Law Group, L.L.C. with offices at 243 Hamilton Street, First Floor, New Brunswick, NJ 08901; telephone number (732)993-9600.

3. I am admitted to the bar of the State of New Jersey. I am a member in good standing. I am also admitted to practice before the United States District Court for the District of New Jersey.

4. I have never been subjected to any discipline by any court or governing body.

5. I have never been admitted *pro hac vice* before this Court.

6. I do not engage in the practice of law from any office in the District of Coumbia; nor do I have an application for membership pending.

7.I agree to be bound by the Rules governing the practice before this Court, including all disciplinary rules.

8.Pursuant to the Rules of this Court, and if required by the Court, all pleadings submitted on behalf of the defendant will be signed by Renard D. Johnson, Esq.

I declare under penalty of perjury that the foregoing is true and accurate.

/s/ Michael C. Dawson
_____
Michael C. Dawson, Esq.
243 Hamilton Street, First Floor
New Brunswick, NJ 08901
(732)993-9600

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES, ) <br> ) <br> ) <br> v.  ) <br> ) <br> TIMOTHY P. JOHNSON, ) <br>                 *Defendant.* ) <br> _____) | Criminal No. **07-CR-323** |

### CERTIFICATION OF LOCAL COUNSEL

I, Renard D. Johnson, Esq., an attorney duly admitted to practice law in the District of Columbia and the United States District Court for the District of Columbia, certify pursuant to Local Criminal Rule 44.1(c) as follows:

1. I am a member of the law firm of Renard D. Johnson. I submit this Certification in support of defendan's motion for an Order admitting Michael C. Dawson, Esq. as counsel *pro hac vice* in the within matter pursuant to Local Criminal Rule 44.1(c). I am personally familiar with the facts set forth in this Certification.

2. If the Court grants this motion for *pro hac vice* admission, I will continue to serve as local counsel of record in this matter, will review and sign all pleadings, briefs, and other papers filed with the Court, will be responsible for the conduct of this action and for the conduct of the attorney admitted *pro hac vice*, and will otherwise comply with all the terms and conditions of Local Criminal Rule 44.1(c).

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

/s/ Renard D. Johnson
Renard D. Johnson, Esq.
9801 Greenbelt Road 316A
Greenbelt, Md. 20706
Bar No. 488614