UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES,               )
                             )
                             )
v.                           )    Criminal No. **07-CR-323**
                             )
TIMOTHY P. JOHNSON,          )
        *Defendant.*         )
                             )

**FILED**

APR - 3 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

**WHEREAS**, defendant, Timothy P. Johnson, has moved before this Court for admission *pro hac vice* of attorney Michael C. Dawson, Esq., and upon good cause appearing:

**IT IS** on this 3rd day of April, 2008, hereby

**ORDERED** that the motion is granted, and Michael C. Dawson, Esq. is admitted to practice *pro hac vice* before this Court, for all purposes and in all proceedings connected with this litigation, and it is further

**ORDERED** that Michael C. Dawson, Esq. shall be permitted to register and file all pleadings in this matter electronically.

_____, U.S.D.J.