

# SUPERIOR COURT OF THE DISTRICT
## SEARCH WARRANT

TO: the Chief of the United States Park Police or any other authorized law enforcement officer

(Specific law Enforcement Officer or Classification of Officer of the Metropolitan Police Department or other Authorized Agency)

AFFIDAVIT, herewith attached, having been made before me by Detective William T. Sepeck Jr. badge #599, of the United States Park Police, that he has probable cause to believe that on the premises known as 4511 "B" Street, apartment #101, Southeast, Washington, D.C., as more particularly described in the hereby expressly incorporated affidavit in the District of Columbia, there is now being concealed property, namely cocaine base, PCP, drug paraphernalia used to facilitate drug distribution, illegally derived proceeds generated from the sale of cocaine and PCP, cellular phones and their electronic contents, documents pertaining to occupancy of residence, documents pertaining to "pay and owe" drug debts, photographs and undeveloped film that may depict individuals in possession of drugs and their proceeds.

WHICH IS in violation of District of Columbia code and as I am satisfied that there is probable cause to believe that the property so described is being concealed on the above-designated premises and that the foregoing grounds for issuance of the warrant exist.

YOU ARE HEREBY AUTHORIZED within 10 days of the date of issuance of this warrant to search ~~in the daytime~~/at any time of the day or night, the designated premises for the property specified, and if the property be found there

YOU ARE COMMANDED TO SEIZE IT, TO WRITE AND SUBSCRIBE in an inventory of the property seized, to leave a copy of this warrant and return, and to file a further copy of this warrant and return with the Court on the next Court day after its execution.

Issued this 21st day of Nov., 2007 _____
Judge, Superior Court of the District of Columbia

---

## RETURN

I received the above warrant on _November 21_, 2007 and have executed it as follows: On _29th_, 2007 at _6:55_ A. M., I searched the residence described in the warrant and I left a copy of the warrant and return with _____ properly posted.
(name of the person searched or owner, occupant, custodian or person present at place of search)

The following is an inventory of the property taken pursuant to this warrant:
SEE ATTACHED 597

This inventory was made in the presence of _SA Catherine Hanna, SA Tom Ryan, SA Scott Turner, SA Daniel Sparks, SA John Nakashima._

I swear that this is a true and detailed account of all property taken by me under this warrant.

_____
Executing Officer

Subscribed and sworn to before me this _29th_ day of _November_, 2007
_____
Judge, Superior Court of the District of Columbia

Form CD(17)-1055/Mar. 89
9-2794 wd-234