# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
# AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A SEARCH WARRANT

**4511 "B" Street, apartment #101,**
**Southeast, Washington, D.C.**

1.      This affidavit is submitted in support of an application for a search warrant for the entire premises known as 4511 "B" Street, apartment #101, Southeast, Washington, D.C, to include all arrears bounded by its curtilage. The residence known as 4511 "B" Street, apartment #101, Southeast, Washington, D.C. is further described as a three-story, red-brick, multi-unit apartment building. The unit known as #101 is located on the first floor of the building. The door to apartment #101 is described as a black painted metal door, enclosed in a black painted metal door frame. The numbers "101" are attached to the top third of the door. The numbers "101" are in black against a gray square background. There is a doorknocker on the door, directly below the numbers "101". There is a brass deadbolt located above a brass doorknob, both of which are on the right side of the door.

2.      Your affiant is William T. Sepeck Jr., a duly sworn police officer with the United States Park Police, since July of 1991, empowered by law to investigate and make arrests for violations of Federal law, as well as violations of District of Columbia law, Maryland law and Virginia law. Your affiant is assigned to the Criminal Investigations Branch as a Detective, currently assigned to the Federal Bureau of Investigation, Safe Streets Task Force, Washington, D.C. Field Office. Your affiant has received basic police instruction at the Federal Law Enforcement Training Center. Your affiant has successfully completed the Criminal Investigators Training curriculum at the Federal Law Enforcement Training Center. Additionally, your affiant has personally attended academies, schools, and seminars in and around the Washington D.C. Metropolitan area regarding investigations into controlled dangerous substances; the identification of numerous illicit drugs; as well as the common methods used by narcotics traffickers to illegally import, manufacture, transport, and distribute controlled substances; as well as firearms violations. In May 1995, your affiant received a Masters of Arts degree in the field of Criminal Justice, awarded by the George Washington University. Your affiant has also received specialized narcotics investigative training from the Drug Enforcement Administration. During your affiant's tenure as an officer, Investigator and Detective your affiant has been involved in excess of 300 arrests and investigations involving narcotics and firearms, where your affiant has become familiar with the common investigative methodologies used to pursue large scale armed drug trafficking organizations, as well as the paraphernalia used in the distributing, secreting, cutting and packaging of various controlled substances. Your affiant's testimony has been accepted in both state and federal court in Maryland, Virginia and the District of Columbia. Your affiant is currently utilizing several confidential reliable informants, many of which have trafficked various types of narcotics and are familiar with the most recent trends, behaviors and characteristics of local criminal drug organizations. Additionally, your affiant has been involved in the

1 of 4     _____

SUBSCRIBED AND SWORN TO BEFORE ME THIS _____ DAY OF _____ 2007

_____
JUDGE, SUPERIOR COURT OF THE DISTRICT OF COLUMBIA.

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
# AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A SEARCH WARRANT

investigation of firearms violations leading to the recovery of more than 50 firearms. Your affiant has been involved in the preparation and execution of more than 100 narcotic and firearm related search warrants, many of which have resulted in the seizure of illicit narcotics, firearms and associated paraphernalia, monetary assets, documents substantiating drug trafficking activities, digital paging devises and cellular phones, photographs depicting co-conspirators as well as other contraband related to ongoing criminal enterprises of the drug trade.

3.  Your affiant has participated in several long term drug investigations, which have led to the arrests and dismantling of several violent street level drug organizations, where your affiant has employed various investigative techniques such as consensual and non-consensual monitoring and recording of both telephonic and non-telephonic communications, analyzing telephone pen register and caller identification system data. Your affiant has personally interviewed and debriefed in excess of one hundred persons arrested for narcotics and weapons violations, learning from these members of the criminal element the infrastructures of street level and wholesale drug organizations. Through the use of covert surveillance techniques, your affiant has learned about the methods and behaviors of individuals who distribute illicit drugs and has become acquainted with the patterns of activity in narcotics trafficking, to include the methods of concealment, manufacturing, importation, dispensing, packaging, distribution and acquisition of various narcotic controlled substances, in the Washington, D.C. metropolitan area.

4.  Your affiant knows that it is common practice for drug traffickers to maintain addresses books, telephone books, electronic paging devices, portable cellular telephones with digital imaging capabilities, as well as other papers reflecting the identities and roles of accomplices, aiders and abettors, associates, co-conspirators, as well as names, addresses, and/or telephone numbers of other participants in their illegal drug trafficking activities. These papers are commonly referred to as "pay and owe" sheets. These listings of clients and suppliers can be immediately available in order to efficiently and productively conduct their drug trafficking business. Your affiant has learned that these documentary items are commonly maintained at their residences and are frequently kept at the same location as the controlled substances.

5.  Likewise, your affiant has learned that individuals who traffic in narcotics frequently carry firearms and other dangerous weapons on their persons or keep firearms in their vehicles or houses in order to facilitate their drug trafficking activities as a way to protect themselves, their profits, and their supply of drugs from rival drug organizations and law enforcement. Based on your affiant's training, experience and participation in narcotics and firearms related investigations, your affiant knows that drug traffickers commonly have in their possession, that is, on their person, at their residences, businesses, vehicles or at other locations at which they stay, firearms, including without

2 of 4  _____

SUBSCRIBED AND SWORN TO BEFORE ME THIS ____ DAY OF ____ Nov. ____ 2007

_____
JUDGE, SUPERIOR COURT OF THE DISTRICT OF COLUMBIA.

11/21/07

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A SEARCH WARRANT

limitation handguns, pistols, revolvers, rifles, shotguns, machine guns and other weapons. Drug traffickers also maintain additional rounds of ammunition, magazines, miscellaneous gun pieces, laser sights, night sights and scopes, silencers, concealment holsters, ballistic body armor, gun cleaning kits, targets, documents indicating ownership, purchase and maintenance of firearms and related firearms paraphernalia, as well as photographs and videos depicting individuals in possession of firearms. Experience has taught your affiant that once individuals obtain a firearm, whether legitimately or by other means, these individuals normally hold on to the firearm, even after the commission of a crime, due to the difficulty in obtaining firearms legally in the surrounding jurisdictions and that members of "crews" or "drug organizations" will commonly trade firearms amongst each other to further their criminal endeavors.



6.     Except as otherwise noted, the facts and information set forth in this affidavit are based upon your affiant's personal knowledge, training, observations, experience and investigation, along with the findings and observations of other investigators involved in this investigation. All observations referenced below that were not personally made by your affiant, were either relayed directly to your affiant by the person who made such observations or by those who corroborated such information or were reported in substance or in part on reports that your affiant has reviewed. Since this affidavit in support of an application for a search warrant is being submitted for the purpose of establishing probable cause, your affiant has not included each and every fact known to the government, as this application is only intended to contain information only necessary to support probable cause for this warrant.

7.     Within the last twenty four hours, law enforcement authorities were contacted by a confidential source, referred to herein after as CS, regarding illegal drug activities being carried out of 4511 "B" Street, apartment #101, Southeast, Washington, D.C. The CS stated to Special Agent William Grover of the FBI Safe Streets Task Force that within the last twenty four hours, while standing in the hallway of 4511 "B" Street, Southeast, the CS personally observed a black male subject approached apartment #101 and knock on the door to the apartment. The CS said that it was within hearing distance of a conversation that followed between the subject that knocked on the door and the subject that answered the door. The CS said that a black male answered the door and asked the black male who originally knocked on the door what it was he wanted. The black male from within the apartment then closed the door and the other black male waited outside the door. A short time later the black male from within apartment #101 re-opened the door and handed the other black male 3 small blue ziplocks of suspected crack cocaine and a suspected "dipper" cigarette of PCP in exchange for an undetermined amount of US currency. Once the sale was completed, the purchaser of the suspected drugs walked passed the CS and the CS immediately detected a strong chemical odor consistent with PCP. Prior to the above described transaction occurring outside of apartment #101, the CS did not detect an odor consistent with PCP. Within one hour of the above described events, the CS contacted Special Agent Grover. After the CS provided the address of the described transaction, Agents took photographs of the location. After developing the photographs, agents escorted the CS to 4311 "B" Street, SE, where the CS positively identified the exterior of 4311 "B" Street, SE, as well as apartment #101 from the photographs.

SUBSCRIBED AND SWORN TO BEFORE ME THIS 21st DAY OF _Nov_ 2007

_____
JUDGE, SUPERIOR COURT OF THE DISTRICT OF COLUMBIA.

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A SEARCH WARRANT

8. This particular confidential source has been utilized by the Federal Bureau of Investigation, on at least twenty previous occasions for both street generated arrests, as well as in affidavits in support of applications for search warrants. This confidential source has supplied federal law enforcement authorities with truthful information in the past and has been proven reliable and credible on each and every occasion. The information the CS has provided to law enforcement authorities has led to the recovery of controlled substances, to include crack cocaine, ecstasy, heroin, marijuana, and PCP, proceeds from drug distribution and documentary evidence of drug trafficking enterprises. This CS is familiar with various types of controlled substances and the methods in which drug dealers conceal, package and distribute their product, particularly how street level and user quantities of crack cocaine are packaged and how "dipper" cigarettes of PCP are bought and sold, as well as the strong chemical odor that PCP produces.

9. Based on both the aforementioned information provided by the source and intelligence developed throughout this investigation, as well as your affiant's experience and training in narcotics and weapons related investigations, your affiant believes probable cause exists that evidence and instrumentalities of crimes as described immediately above are currently being secreted inside of 4511 "B" Street, apartment #101, Southeast, Washington D.C, in violation of the drug laws of the District of Columbia and the United States. Therefore, your affiant respectfully requests a search warrant be issued for 4511 "B" Street, apartment #101, Southeast, Washington, D.C., authorizing the seizure of any of the following items that may be indicia of drug trafficking or instrumentalities used to facilitate ongoing drug trafficking: any and all controlled substances; any paraphernalia related to the cutting, packaging, manufacturing, processing and distribution of any controlled substance; books, records, receipts, notes and other papers relating to the transportation, ordering, purchase, disbursement and distribution of any controlled substance; illegally derived assets in the form of U.S. currency; address and telephone books, papers, and personal electronic data storing devices that may reflect the names, addresses and telephone numbers of potential co-conspirators; books, records, receipts, bank statements, money drafts, letters of credit, money orders and cashier's checks, bank checks, safe deposit box keys, and any other items evidencing the obtaining, secreting, concealment and storage of illicit controlled substances and/or the transfer or expenditure of money; cellular telephones and their electronic contents, as well as records and receipts reflecting their ownership and use; both combination and lock safes along with their contents; documents depicting indicia of occupancy of the residence and/or ownership of the premises described herein, including, but not limited to past and present lease agreements, utility, cable and telephone bills, as well as canceled envelopes; photographs, videos, and undeveloped film that may be indicative of involvement in drug possession or drug trafficking trade.

4 of 4                     _____

SUBSCRIBED AND SWORN TO BEFORE ME THIS ____ DAY OF _____, 2007

_____
JUDGE, SUPERIOR COURT OF THE DISTRICT OF COLUMBIA.