UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | )|  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 07-323 (RMC) |
| | ) | |
| TIMOTHY P. JOHNSON, JR., | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

For the reasons stated in the Memorandum Opinion filed simultaneously with this Order, it is hereby

**ORDERED** that Defendant's Motion to Suppress Tangible Evidence [Dkt. # 9] is **DENIED**; and it is

**FURTHER ORDERED** that the United States is directed to file a supplemental brief in response to Defendant's Motion to Dismiss Count Three of the Indictment [Dkt. # 10] no later than September 19, 2008; and Defendant shall file a reply no later than October 3, 2008; and it is

**FURTHER ORDERED** that Defendant's Motion to Dismiss Count Three of the Indictment shall remain under advisement of the Court pending the additional briefing; and it is

**FURTHER ORDERED** that the Speedy Trial Act is suspended until two weeks after submission of Defendant's reply to the United States' supplemental response.

**SO ORDERED.**

Date: September 5, 2008

/s/
ROSEMARY M. COLLYER
United States District Judge